# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | |
|---|---|
| United States of America *ex rel.* ) | |
| Sandra McKee, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Case No. 1:11-cv-00186-JMC |
| v. ) | |
| ) | |
| Williston Rescue Squad, Inc., ) | |
| Williston Rescue Transport Division, ) | |
| and Williston EMS Transport Division. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Court having considered the motion [Dkt. No. 49] by the United States for a stay of an additional twenty (20) days, up to and including February 19, 2013, pursuant to 31 U.S.C. § 3730(c)(4), for good cause having been shown, it is hereby **ORDERED** that:

1) Said motion is **GRANTED**;

2) that False Claims Act civil proceedings will be stayed for an additional twenty (20) days, up to and including February 19, 2013; and

3) that the United States serve its Complaint upon defendants within 120 days

of the termination of the stay of this action due to the pendency of the criminal proceedings;

**IT IS SO ORDERED**,

This 29th day of January, 2013.

*J. Michelle Childs*

United States District Judge
Greenville, South Carolina